UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PSA, Inc.
    Plaintiff,

v.

Dean Hollis Velazco, et al.

    Defendant.

Civil Action No. 04-389-KAJ

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 2, 2005, a true and correct copy of **Plaintiff's Initial Disclosures** was served upon the following party by hand delivery:

Kathleen J. Campbell, Esq.
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801

Dated: March 2, 2005

KING & SPALDING LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-3568
Facsimile: (404) 572-5149

– and –

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Brendan Linehan Shannon (No. 3136)
Curtis J. Crowther (No. 3238)
Sean M. Beach (No. 4070)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Plaintiff

WP3:1089799.1

57484.1001

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2005, I caused a copy of the foregoing Notice of Service to be served upon the following party by hand delivery:

> Kathleen J. Campbell, Esq.
> Marla R. Eskin, Esq.
> Campbell & Levine
> 800 North King Street
> Suite 300
> Wilmington, DE 19801

Dated: March 2, 2005

*Michelle Smith*
Michelle Smith

WP3:1089799.1

57484.1001