IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PSA, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 04-389-KAJ |
| | ) | |
| Inter-World Communications, Inc., | ) | |
| Corpserve, S.A. de C.V., World Center | ) | |
| of Video Conferences, S.A. de C.V., | ) | |
| Dean Hollis Velazco, and John Remke, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND TO AMEND CAPTION**

On this date the Court considered the Motion for Leave to File Amended Complaint (the "Motion") filed by the Plaintiff ETS Payphones, Inc. (Capitalized terms not defined here have the meanings ascribed to them in the Complaint.)

Having considered the Motion, and the papers, pleadings and arguments of counsel, and having found that notice of the Complaint has been properly served upon the defendants, it is the Court's judgment that the Motion should be granted.

1.  It is hereby Ordered that the Plaintiff shall have leave to file the Amended Complaint attached to the Motion as Exhibit "A."

2.  It is also hereby Ordered that the Defendant shall have ten days from the date of this Order in which to answer any allegations raised in the Amended Complaint but not raised in the Complaint. All answers to allegations made in the original Complaint shall be preserved without the necessity of the Defendants' restating their responses to those allegations.

3.  The caption is hereby amended to read as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ETS Payphones, Inc.,<br>    Plaintiff,<br>v.<br>Inter-World Communications, Inc.,<br>Corpserve, S.A. de C.V., World Center<br>of Video Conferences, S.A. de C.V.,<br>Dean Hollis Velazco, and John Remke,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No. 04-389-KAJ |

4.  This Order is without prejudice to the Plaintiff's rights to move for leave to amend its complaint to conform to evidence adduced at or before trial as provided under the Federal Rules of Civil Procedure.

Dated: _____, 2005

_____
THE HONORABLE KENT A. JORDAN,
UNITED STATES DISTRICT JUDGE