## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I electronically filed a true and correct copy of **Motion for Leave to File Amended Complaint and to Amend Caption** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE 19801

I further certify that on May 2, 2005, I served the **Motion for Leave to File Amended Complaint and to Amend Caption** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

_(signature)_
Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
sbeach@ycst.com
bank@ycst.com

*Attorneys for Plaintiff*