IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 04-389-KAJ |
| | ) |
| Inter-World Communications, Inc., | ) |
| Corpserve, S.A. de C.V., World Center | ) |
| of Video Conferences, S.A. de C.V., | ) |
| Dean Hollis Velazco, and John Remke, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION PURSUANT TO D.DEL.LR 7.1.1 REGARDING
PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT AND TO AMEND CAPTION**

In support of the above-referenced motion (the "Motion"), I hereby certify that I have contacted counsel to Dean Hollis Valezco, Corpserve, S.A. de C.V., Inter-World Communications, Inc. and World Center of Video Conferences, S.A. de C.V. (the "Defendants") and attempted to reach agreement on the matters addressed in the Motion as required by D. Del. LR 7.1.1.

At this time, the Defendants do not consent to the relief requested in the motion.

Dated: May 6, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Brendan Linehan Shannon

Brendan Linehan Shannon (No. 3136)
Sean M. Beach (Bar No. 4070)
The Brandywine Building
1000 N. West Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253

-and-

WP3:1108799.1                                                                                                      57484.1001

KING & SPALDING LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303
Telephone:   (404) 572-4600
Facsimile:   (404) 572-5149

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I electronically filed a true and correct copy of the **Certification Pursuant to D.Del. LR 7.1.1 Regarding Plaintiff's Motion for Leave to File Amended Complaint and to Amend Caption** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Kathleen J. Campbell, Esq.
> Marla R. Eskin, Esq.
> Campbell & Levine
> 800 North King Street
> Suite 300
> Wilmington, DE 19801

I further certify that on May 6, 2005, I served the **Certification Pursuant to D.Del. LR 7.1.1 Regarding Plaintiff's Motion for Leave to File Amended Complaint and to Amend Caption** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
sbeach@ycst.com
bank@ycst.com

*Attorneys for Plaintiff*