IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Inter-World Communications, Inc.,<br>Corpserve, S.A. de C.V., World<br>Center of Video Conferences, S.A.<br>De C.V., Dean Hollis Velazco, and<br>John Remke,<br><br>　　　　Defendants. | Civil Action No. 04-389-KAJ |

## CERTIFICATE OF SERVICE

　　　　I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on May 12, 2005,

I caused a copy of the foregoing to be served upon the individual below in the manner indicated:

| | |
|---|---|
| Jonathan W. Jordan, Esq.<br>King & Spalding, LLP<br>191 Peachtree Street<br>Atlanta, GA 30303-1763<br>**VIA FIRST CLASS MAIL** | Brendan Linehan Shannon, Esq.<br>Sean M. Beach, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**VIA HAND DELIVERY** |

Dated: May 12, 2005　　　　　　　　　　CAMPBELL & LEVINE, LLC


　　　　　　　　　　　　　　　　　　　　/S/ Marla Rosoff Eskin
　　　　　　　　　　　　　　　　　　　　Marla Rosoff Eskin (No. 2989)
　　　　　　　　　　　　　　　　　　　　800 N. King Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Ph. (302) 426-1900
　　　　　　　　　　　　　　　　　　　　Fax. (302) 426-9947

{D0038838:1 }