IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Inter-World Communications, Inc., Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. De C.V., Dean Hollis Velazco, and John Remke,<br><br>    Defendants. | Civil Action No. 04-389-KAJ |

## CERTIFICATE OF SERVICE

    I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on May 27, 2005,

I caused a copy of the foregoing to be served upon the individual below in the manner indicated:

| | |
|---|---|
| Jonathan W. Jordan, Esq.<br>King & Spalding, LLP<br>191 Peachtree Street<br>Atlanta, GA 30303-1763<br>**VIA FIRST CLASS MAIL** | Brendan Linehan Shannon, Esq.<br>Sean M. Beach, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**VIA HAND DELIVERY** |

Dated: May 27, 2005                  CAMPBELL & LEVINE, LLC

                                       /S/ Marla Rosoff Eskin
                                       Marla Rosoff Eskin (No. 2989)
                                       800 N. King Street, Suite 300
                                       Wilmington, DE 19801
                                       Ph. (302) 426-1900
                                       Fax. (302) 426-9947

{D0038838:1 }