UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.<br>   Plaintiff,<br><br>v.<br><br>Dean Hollis Velazco, et al.<br>   Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 04-389-KAJ<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 20, 2005, two true and correct copies of

**Plaintiff's Requests for Admissions, Interrogatories, and Requests for Production to**

**Defendant Dean Hollis Velazco** were served upon the following parties in the manner indicated:

Kathleen J. Campbell, Esq.
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
*By Hand Delivery*

John Remke
303 Wyndam Drive
Portola Valley, CA 94028
*By First Class Mail*

Dated: June 20, 2005

KING & SPALDING LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-3568
Facsimile: (404) 572-5149

– and –

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Brendan Linehan Shannon (No. 3136)
Sean M. Beach (No. 4070)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE  19801

I further certify that on June 17, 2005, I served the foregoing **Notice of Service** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA  94028

_____
Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
crowther@ycst.com
sbeach@ycst.com
bank@ycst.com

*Attorneys for Plaintiff*