IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PSA, Inc.                                              :
                                                       :
                    Plaintiff,                         :
                                                       :
          v.                                           :          Civil Action No. 04-389-KAJ
                                                       :
Dean Hollis Velazco, et al.                            :
                                                       :
                    Defendant.                         :

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on July 18, 2005,

I caused a copy of the foregoing to be served upon the individual below in the manner indicated:

| | |
|---|---|
| Jonathan W. Jordan, Esq. | Brendan Linehan Shannon, Esq. |
| King & Spalding, LLP | Sean M. Beach, Esq. |
| 191 Peachtree Street | Young Conaway Stargatt & Taylor, LLP |
| Atlanta, GA 30303-1763 | The Brandywine Building |
| **VIA FIRST CLASS MAIL** | 1000 West Street, 17th Floor |
| | PO Box 391 |
| | Wilmington, DE  19899-0391 |
| | **VIA HAND DELIVERY** |

Dated: July 18, 2005                    CAMPBELL & LEVINE, LLC


                                        /S/ Marla Rosoff Eskin
                                        Marla Rosoff Eskin (No. 2989)
                                        800 N. King Street, Suite 300
                                        Wilmington, DE 19801
                                        Ph. (302) 426-1900
                                        Fax. (302) 426-9947