IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>PSA, INC., a Delaware Corporation, and affiliates,<br><br>    Debtors. | Chapter 11<br><br>Case No. 00-3570 (KJC)<br>(Jointly Administered) |
| PSA, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Inter-World Communications, Inc., Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. de C.V., Dean Hollis Velazco, and John Remke,<br><br>    Defendants. | Adv. Proc. No.: 02-5565<br><br><br>JURY TRIAL DEMANDED<br><br>Re: 29 |

### ORDER

AND NOW this 13 day of May, 2004, having heard and considered the Motion of Campbell & Levine, LLC to Withdraw as Counsel for John Remke and World Center of Video Conferences, and adequate notice provided to the parties, it is hereby;

ORDERED that the Motion is granted and that Campbell & Levine, LLC is permitted to withdraw from representation of John Remke and World Center of Video Conferences in the adversary cases and the main case, effective immediately.

_____
United States Bankruptcy Judge

{D0019936.1}