## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-389-KAJ |
| | : |
| DEAN HOLLIS VELAZCO, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **August, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 23, 2005 at 3:30 p.m.** with Judge Thynge to discuss the status of the matter and the mediation scheduled for Thursday, September 22, 2005 at 10:00 a.m. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE