IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PSA, Inc. | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-389-KAJ |
| | : | |
| Dean Hollis Velazco, et al. | : | |
| | : | |
|     Defendant. | : | |

## NOTICE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on August 18, 2005, I caused a copy of the *Corrected Notice of Deposition Duces Tecum* to be served upon the individuals below in the manner indicated:

| | |
|---|---|
| Brendan Linehan Shannon, Esq.<br>Sean M. Beach, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**VIA FIRST CLASS MAIL** | Jonathan W. Jordan, Esq.<br>King & Spalding, LLP<br>191 Peachtree Street<br>Atlanta, GA 30303-1763<br>**VIA FIRST CLASS MAIL** |

Dated: August 18, 2005        CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0047667:1 }