## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005, I electronically filed a true and correct copy of the **August 18, 2005 Letter to The Honorable Kent A. Jordan** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE 19801

I further certify that on August 8, 2005, I served the **August 18, 2005 Letter to The Honorable Kent A. Jordan** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

_____
Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
sbeach@ycst.com
bank@ycst.com

*Attorneys for Plaintiff*