| | |
|---|---|
| 800 N. King Street<br>Suite 300<br>Wilmington, DE  19801<br>Telephone:  302-426-1900<br>Facsimile:  302-426-9947 | **Marla Rosoff Eskin** • meskin@camlev.com |

# Campbell & Levine, LLC

Attorneys at Law

August 22, 2005

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

**VIA HAND DELIVERY**

RE:  PSA, Inc. v. Dean Hollis Velazco, et al. – C.A. No. 04-0389 –KAJ

Dear Judge Jordan:

On August 19, 2005, Defendants filed a response to PSA's letter regarding a discovery dispute.  My letter refers to the complaint, which I state is attached to PSA's letter.  I did not realize the entire complaint was not attached to PSA's letter.  Attached please find the complete complaint.

Very truly yours,

/S/ Marla Rosoff Eskin

Marla Rosoff Eskin

cc: Jonathan Jordon, Esq. (via regular mail and electronic mail)
    Sean Beach, Esq. (via hand-delivery and electronic mail)

{D0047833:1 }