IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PSA, INC., a Delaware Corporation and affiliates, | ) )  Chapter 11 ) |
| Debtors. | )  Bankruptcy Case No. 00-3570 (CGC) )  Jointly Administered |
| PSA, INC., | ) ) |
| Plaintiff, | )  Adv. Proc. No. 02-5565 ) |
| v. | ) )  Civil Action No. 04-389 (KAJ) |
| INTER-WORLD COMMUNICATION, INC., ET AL., | ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **24th** day of **August, 2005**,

For the reasons set forth by the Court during the telephone conference on August 23, 2005,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file amended complaint and to amend caption (D.I. 22) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE