IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 04-389-KAJ |
| ) | |
| Inter-World Communications, Inc., ) | |
| Corpserve, S.A. de C.V., World Center ) | |
| of Video Conferences, S.A. de C.V., ) | |
| Dean Hollis Velazco, and John Remke, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for PSA, Inc. in the within captioned matter, and that on August 248, 2005, she caused a copy of the following:

**ORDER DATED AUGUST 24, 2005 [Docket No. 44]**

to be served upon the parties on the service list attached hereto in the manner indicated.

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 24 day of August 2005.

_____
Notary Public
DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

## SERVICE LIST

Kathleen J. Campbell, Esq.
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
***By Hand Delivery***

John Remke
303 Wyndam Drive
Portola Valley, CA 94028
***By Federal Express***