UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. : | |
|       Plaintiff, : | |
| v. : | Civil Action No. 04-389-KAJ |
| Dean Hollis Velazco, et al. : | |
|       Defendant. : | |

### NOTICE OF DEPOSITION

TO:    Dean Hollis Velazco
          c/o Marla R. Eskin, Esq.
          Campbell & Levine
          800 North King Street
          Suite 300
          Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable by Federal Rules of Bankruptcy Procedure 9014, 9016, 7026 and 7030 and pursuant to agreement of counsel, ETS Payphones, Inc. (the "Plaintiff") will take the deposition upon oral examination of Dean Hollis Velazco for all purposes permitted under the Federal Rules of Civil Procedure. The deposition will be taken on September 14, 2005, beginning at 9:00 a.m., or upon such other date and time as mutually agreed to by counsel, and continue from time to time thereafter until completion. The deposition will take place at the offices of Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 1000 N. West Street, Wilmington, Delaware, or in such other place as mutually agreed to by counsel, and shall be taken by stenographic transcription before a certified court reporter or any other person authorized to administer oaths and take testimony.

Dated: August 25, 2005

KING & SPALDING LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-3568
Facsimile: (404) 572-5149

– and –

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Brendan Linehan Shannon (No. 3136)
Sean M. Beach (No. 4070)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE 19801

I further certify that on August 25, 2005, I served the foregoing **Notice of Deposition** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

_____
Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
sbeach@ycst.com

*Attorneys for Plaintiff*