UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc. :
:
    Plaintiff, :
:
v. : Civil Action No. 04-389-KAJ
:
Dean Hollis Velazco, et al. :
:
    Defendant. :

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on August 22, 2005, a true and correct copy of **Plaintiff's Responses to Defendant Dean Hollis Velazco and Corpserve, S.A. de C.V.'s Requests for Admissions, Interrogatories, and Requests for Production Directed to Plaintiff** was served upon the following parties in the manner indicated:

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
*By First Class Mail*

Dated: August 25, 2005

        KING & SPALDING LLP
        Jonathan W. Jordan
        191 Peachtree Street
        Atlanta, Georgia 30303
        Telephone: (404) 572-3568
        Facsimile: (404) 572-5149

        – and –

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Sean Beach*
        Brendan Linehan Shannon (No. 3136)
        Sean M. Beach (No. 4070)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        *Counsel for Plaintiff*

DB01:1589799.2

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE 19801

I further certify that on August 25, 2005, I served the foregoing **Notice of Service** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
sbeach@ycst.com

*Attorneys for Plaintiff*