IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PSA, Inc. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-389-KAJ |
| | : | |
| Dean Hollis Velazco, et al. | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on August 26, 2005, I caused a copy of the foregoing to be served upon the individuals below in the manner indicated:

Jonathan W. Jordan, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303-1763
**VIA FIRST CLASS MAIL**

Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
**VIA HAND DELIVERY**

Dated: August 26, 2005

CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0038838:1 }