800 N. King Street                          **Marla Rosoff Eskin** • meskin@camlev.com
Suite 300
Wilmington, DE  19801
Telephone:  302-426-1900
Facsimile:  302-426-9947

# Campbell & Levine, LLC

Attorneys at Law

September 27, 2005

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware                   **VIA HAND DELIVERY**
844 North King Street
Lock Box 10
Wilmington, DE  19801

RE:  <u>PSA, Inc. v. Dean Hollis Velazco, et al.</u> – C.A. No. 04-0389 –KAJ

Dear Judge Jordan:

The parties are happy to report that after mediation before Magistrate Thyne, this matter has been resolved.  The parties are in the process of working on the settlement papers.

The scheduling order in this case requires that dispositive motions be filed by September 30, 2005.  Although the parties have a settlement in principle, the paperwork is not final.  As such, the parties request an extension of one month to file dispositive motions, in the unlikely event that the settlement falls through.

Thank you for your consideration of this matter.  The parties are available to should Your Honor have any questions.

Very truly yours,

/S/ Marla Rosoff Eskin

Marla R. Eskin

cc:  Jonathon Jordan, Esq.

{D0049558:1 }