IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PSA, Inc.                                        :
                                                 :
                Plaintiff,                       :
                                                 :
        v.                                       :        Civil Action No. 04-389-KAJ
                                                 :
Dean Hollis Velazco, et al.                      :
                                                 :
                Defendant.                       :

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on September 27,

2005, I caused a copy of the foregoing to be served upon the individuals below in the manner

indicated:

Jonathan W. Jordan, Esq.                 Sean M. Beach, Esq.
King & Spalding, LLP                     Young Conaway Stargatt & Taylor, LLP
191 Peachtree Street                     The Brandywine Building
Atlanta, GA 30303-1763                   1000 West Street, 17th Floor
**VIA FIRST CLASS MAIL**                 PO Box 391
                                         Wilmington, DE  19899-0391
                                         **VIA HAND DELIVERY**


Dated: September 27, 2005                CAMPBELL & LEVINE, LLC

                                         /S/ Marla Rosoff Eskin
                                         Marla Rosoff Eskin (No. 2989)
                                         800 N. King Street, Suite 300
                                         Wilmington, DE 19801
                                         Ph. (302) 426-1900
                                         Fax. (302) 426-9947