800 N. King Street  
Suite 300  
Wilmington, DE 19801  
Telephone: 302-426-1900  
Facsimile: 302-426-9947

**Marla Rosoff Eskin** • meskin@camlev.com

# Campbell & Levine, LLC

Attorneys at Law

October 24, 2005

The Honorable Kent A. Jordan  
United States District Court  
 for the District of Delaware   **VIA HAND DELIVERY**  
844 North King Street  
Lock Box 10  
Wilmington, DE 19801

RE: <u>PSA, Inc. v. Dean Hollis Velazco, et al.</u> – C.A. No. 04-0389 –KAJ

Dear Judge Jordan:

On September 27, 2005 I reported to the Court that after mediation before Magistrate Thyne, this matter has been resolved, and that the parties were in the process of working on the settlement papers. This Court granted the parties an extension of one month, until October 31, 2005, to file dispositive motions, while the parties worked through the settlement documentation.

While the parties still have an agreement in principle, we have not yet been able to finalize the settlement documents. As such the parties request that the deadline for filing dispositive motions be extended until November 15, 2005. As this trial is not scheduled until March 2006, and as the parties do have an agreement in principle, we request that the extension be granted.

Thank you for your consideration of this matter. The parties are available to should Your Honor have any questions.

Very truly yours,

/S/ Marla Rosoff Eskin

Marla R. Eskin

cc: Jonathon Jordan, Esq.

{D0050318:1 }