IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Inter-World Communications, Inc., )<br>Corpserve, S.A. de C.V., World )<br>Center of Video Conferences, S.A. )<br>De C.V., Dean Hollis Velazco, and )<br>John Remke, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-389-KAJ |

**DEFENDANTS' DEAN HOLLIS VELAZCO AND CORPSERVE, S.A. DE C.V. MOTION FOR SUMMARY JUDGMENT**

Dean Hollis Velazco and Corpserve, SA de CV ("Defendants"), by and through their undersigned counsel, move this Court for the entry of summary judgment pursuant to Rule 41(b), Fed.R.Civ.Proc. (the "Motion for Summary Judgment") for the reasons more fully set forth in the accompanying Brief in Support of Motion for Summary Judgment (including the Exhibits attached thereto, the "Brief") filed contemporaneously with this Motion.

{D0051077:1 }

WHEREFORE, the Defendants request that this Court enter an Order: (i) granting the Motion; (ii) entering judgment in favor of Dean Hollis Velazco and Corpserve, SA de CV, and (iii) granting such further relief as is appropriate.

Dated: November 15, 2005                    CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Attorneys for Dean Hollis Velazco and Corpserve, SA de CV

{D0051077:1 }