IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-389-KAJ ) ) |
| Inter-World Communications, Inc., Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. De C.V., Dean Hollis Velazco, and John Remke, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS DEAN HOLLIS VELAZCO AND CORPSERVE, S.A. DE C.V.

Upon Defendants Dean Hollis Velazco and Corpserve, SA de CV ("Defendants") Motion for Summary Judgment (the "Motion"), and it appearing that there is no genuine issue as to any material fact with respect to Plaintiff PSA, Inc. ("Plaintiff") claims against Dean Hollis Velazco and Corpserve, SA de CV and that Dean Hollis Velazco and Corpserve, SA de CV are entitled to summary judgment in its favor as a matter of law, and due and proper notice having been given; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that summary judgment is granted in favor of Dean Hollis Velazco and Corpserve, SA de CV.

Date:_____

_____
United States Bankruptcy Judge

{D0051079:1 }