# EXHIBIT B

{D0007919:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE )<br>)<br>PSA, INC., )<br>ETS PAYPHONES, INC., )<br>ETS VENDING, INC., ET AL, )<br>)<br>)<br>Debtors. ) | CASE NO. 00-3570 (JCA)<br><br>CHAPTER 11<br>(Jointly Administered<br>Case Nos. 00-3570 through<br>00-3572 and 00-3718 through<br>00-3725) |

### FIRST AMENDED PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO JOINT REORGANIZATION PLAN SUBMITTED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

E. Penn Nicholson
Shannon Lowry Nagle
POWELL, GOLDSTEIN,
FRAZER & MURPHY LLP
Sixteenth Floor
191 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone: (404) 572-6600
Telecopier: (404) 572-6999

and

Brendan Linehan Shannon (No. 3136)
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
1100 N. Market Street, 11th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

Kirk L. Brett
DUVAL & STACHENFELD LLP
300 East 42nd Street, 3rd Floor
New York, New York 10017
Telephone: (212) 883-1700
Telecopier: (212) 883-8883

- and -

Frederick B. Rosner (No. 3995)
WALSH MONZACK & MONACO P.A.
400 Commerce Center
1201 Orange Street
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Telecopier: (302) 656-2769

Counsel for the Official Committee of Unsecured Creditors

Dated: July 25, 2001

**THIS IS NOT A SOLICITATION OF ACCEPTANCES OR REJECTIONS OF THE JOINT PLAN. ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. THIS DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL AND IS SUBJECT TO APPROVAL BY THE BANKRUPTCY COURT.**



investigated many assertions which have turned out to be unsubstantiated rumors, however, Debtors and Creditors' Committee continue to pursue their investigation into various claims.

    a. Debtors and Creditors' Committee are currently investigating the potential for recovery of certain claims against Charles E. Edwards and other Non-Debtor Affiliates, including claims to collect pre-petition loans and recover certain other transfers. See Section VII.C.3., Settlement of SEC Action and Phoenix Litigation.

    b. Debtors and Creditors' Committee anticipate that a variety of preferential and fraudulent conveyances of Debtors' property were made prior to the Petition Date. An investigation of such conveyances, and potential recoveries under section 544, 547, 548, 549 and 550 of the Bankruptcy Code is currently underway including an investigation by Creditors' Committee's forensic accountant.

    c. Debtors and Creditors' Committee (including Creditors' Committee's forensic accountant) are also investigating other potential claims against third parties, including claims arising under theories of fraud, malpractice, conspiracy, breach of fiduciary duty, conversion and RICO.

    d. Revenues Recoverable for Improper End User Common Line Charges

On October 31, 1997, the United States Court of Appeals for the District of Columbia Circuit held that the FCC had erred in allowing LECs to assess End User Common Line ("EUCL") charges against IPPs during the period before the FCC's EUCL charge rules applied to both IPP and LEC payphone divisions. The Debtors, along with numerous IPPs across the country are pursuing reimbursement from the LECs for improperly assessed EUCL charges. Debtors' claims against the LECs have been conservatively estimated to exceed $1,042,000.

    e. Other Lawsuits

Debtors are plaintiffs in approximately fifteen lawsuits pending in Georgia, North Carolina, Texas, Florida and California. These lawsuits are for unrelated contract claims against Location Owners and other causes of action. The amounts in controversy for these cases average between $5,000 and $25,000 per case. At this stage in the litigation, neither the likelihood of Debtors prevailing nor the probable recoveries, if any, from these lawsuits, can be predicted.

7. *Joint Venture Investments*

    a. NYLT

On December 10, 1998, ETS invested approximately $500,000 in a corporation called New York Local Telephone Company ("NYLT"). The shareholders of NYLT are PSA (30%), Denton Jones (64%) and Larry Ginsburg (6%). Pursuant to preliminary information available to Debtors, NYLT was formed to operate as a competitive local exchange carrier ("CLEC") and provide dial tone to Debtors and other payphone service providers. Existing management of