# EXHIBIT D

{D0007921:1 }

ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2001 MAY 22 PM 4: 0

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PSA, Inc., | ) | Case No. 00-3570 |
| a Delaware corporation, and affiliates, | ) | (Jointly Administered |
| | ) | Case Nos. 00-3570(JCA) |
| | ) | through    00-3572(JCA) |
| | ) | and            00-3718(JCA) |
| Debtors. | ) | through    00-3725(JCA)) |
| | ) | |

### FIRST AMENDMENT TO DEBTOR'S SCHEDULES A-G

NOW COMES ETS Payphones, Inc., Debtor herein, and files this First Amendment to its Schedules A-G showing the Court as follows:

ETS Payphones, Inc. filed its Schedules on October 31, 2000.

2.

ETS Payphones, Inc. now amends its Schedules A-G by restating them in their entirety.

Dated May 22, 2001.

BRENDAN LINEHAN SHANNON (NO 3136)
YOUNG, CONWAY, STARGATT & TAYLOR, LLP
11th Floor
1100 North Market Street
Wilmington, Delaware 19801
Telephone (302) 658-6541
Facsimile  (302) 658-6548

-AND-

SHANNON LOWRY NAGLE (GA BAR NO. 534104)
POWELL, GOLDSTEIN, FRAZER & MURPHY LLP
Sixteenth Floor
191 Peachtree Street
Atlanta, Georgia 30303
Telephone (404) 572-6600
Facsimile  (404) 572-6999

ODMA\PCDOCS\ATL\482069\1

1455

2

## **VERIFICATION**

I, Micheal McClellan, the Vice President and Controller of the Debtor herein, declare under penalty of perjury, that the foregoing First Amendment to Debtor's Schedules A-G is true and correct to the best of my knowledge and belief.

Dated: May        2001

                                                           _____
                                                           Michael McClellan
                                                           Vice President and Controller

# United States Bankruptcy Court
## District of Delaware

In re ETS Payphones, Inc.  
58-2131736

Case No. 00-3571  
Chapter 11

# SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 630,046.39 | | |
| B - Personal Property | YES | 3 | $ 66,680,775.14 | | |
| C - Property Claimed As Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 6 | | $ 886,754.99 | |
| E - Creditors Holding Unsecured, Priority Claims | YES | 17 | | $ 841,267.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 131 | | $ 18,596,693.60 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| Total Number of sheets in ALL Schedules | | 162 | | | |
| Total Assets | | | $ 67,310,821.53 | | |
| Total Liabilities | | | | $ 20,324,715.86* | |

*This includes contingent liability of $4,034,520.00 representing an estimated $7,000.00 per phone associated with the agreements between the Debtor and investors.

In re:  ETS Payphones, Inc.                                    Case No.  00-3571
        58-2131736

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Leaseholder improvements for property located at:<br>1490 Westfork Drive, Ste. G<br>Lithia Springs, GA 30122 | Leasehold | | $ 630,046.39 | $ 0.00 |
| | | Total > | $ 630,046.39 | |

Schedule A - Page 1 of 1

In re   ETS Payphones, Inc.                                        Case No.   00-3571
58-2131736

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Undeposited Coin | | 900,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Exhibit B-2 | | 1,455,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached List Exhbit B-3 | | 107,181.60 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous Office Artwork | | 1,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached list Exhbit B-12 | | Unk. |
| 13. Interests in partnerships or joint ventures. Itemize. | | City Public | | 36,253.75 |
| | | Invest - Payphone | | 166,000.00 |

Schedule B Page 1 of 3

ETS Payphones, Inc.  
58-2131736

Case No. 00-3571

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | | Payphone Management | | 238,738.00 |
| | | Payphones of the Americas LLC, NYC Telephone Co., Inc. 25% | | 6,000,000.00 |
| | | S&R Telecommunications | | 418,931.58 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | See attached Exhibit B-15 | | 9,164,757.41 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Federal income tax refund - 1999 | | 276,550.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | EUCL Litiagation Estimated at $29,000.00 and Claims Againist Former Officers and Directors Estimated over $10,000,000.00 | | Unk. |
| | | See Attached List Exhibit B-22 | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | See Attached List Exhibit B-23 | | 1,877,304.59 |
| 24. Boats, motors, and accessories. | X | | | |

Schedule B Page 2 of 3

In re  ETS Payphones, Inc.  
58-2131736

Case No.  00-3571

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computers, desks, office furniture and related items located at corporate headquarters and 28 regional offices, software | | 479,946.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | | | 130,312.84 |
| | | Installed Pay Telephones See attached Exhibit B-27 | | 43,128,000.00 |
| | | NOTE: After review of the agreements, it is the Debtor's conclusion that the Debtor owns the phones. | | |
| 28. Inventory. | | See attached Exhibit B-28 | | 2,300,799.37 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | $66,680,775.14 |

Schedule B Page 3 of 3