# EXHIBIT F

{D0016308:1 }

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PSA, INC., | ) | Case No. 00-3570 (KJC) |
| a Delaware corporation, | ) | |
| | ) | (Jointly Administered |
| and affiliates, | ) | Case Nos. 00-3570 |
| | ) | through    00-3572 |
| Debtors. | ) | and          00-3718 |
| | ) | through    00-3725) |
| | ) | |
| PSA, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 02-5565 |
| | ) | |
| Inter-World Communications, Inc., | ) | |
| Corpserve, S.A. de C.V., World Center | ) | |
| of Video Conferences, S.A. de C.V., | ) | |
| Dean Hollis Velazco, and John Remke, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER REGARDING MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS

THIS CAUSE is before the Court upon the motion to dismiss for insufficiency of service of process filed by Defendants Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. de C.V., Dean Hollis Velazco, and John Remke. Upon consideration of Defendants' motion and brief in support and Plaintiff PSA, Inc.'s response in opposition, and after review of the relevant case law, it is hereby

**ORDERED and ADJUDGED:**

1. Plaintiff shall endeavor to serve Defendants Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. de C.V., Dean Hollis Velazco, and John Remke pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

2. If Plaintiff complies with the requirements for service pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters then service of process shall be deemed sufficient and Defendants shall be prohibited from asserting insufficiency of service of process as cause to dismiss the action.

3. Defendants' rights to assert the other issues asserted in the Motion are hereby reserved and the Court makes no findings or rulings with respect to the other issues raised.

This 21st day of February 2005.

Kevin J. Carey,
United States Bankruptcy Judge