IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. )<br>)<br>Plaintiff, )<br>) Civil Action No. 04-389-KAJ<br>v. )<br>)<br>Inter-World Communications, Inc., )<br>Corpserve, S.A. de C.V., World )<br>Center of Video Conferences, S.A. )<br>De C.V., Dean Hollis Velazco, and )<br>John Remke, )<br>)<br>Defendants. )<br>) | |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on November 15, 2005, I caused a copy of the foregoing to be served upon the individuals below in the manner indicated:

| | |
|---|---|
| Jonathan W. Jordan, Esq.<br>King & Spalding, LLP<br>191 Peachtree Street<br>Atlanta, GA 30303-1763<br>**VIA FIRST CLASS MAIL** | Sean M. Beach, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391<br>**VIA HAND DELIVERY** |

Dated: November 15, 2005             CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0038838:1 }