UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc.                          :
                                             :
      Plaintiff,                             :
                                             :
v.                                           :  Civil Action No. 04-389-KAJ
                                             :
Dean Hollis Velazco, et al.                  :
                                             :
      Defendant.                             :

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION AND ORDER STAYING CASE**

On January 13, 2006, the Plaintiff and the Defendants (collectively, the "Parties") in the above-captioned litigation submitted a letter (the "Letter Request") to the Court requesting that the pending trial be removed from the Court's calendar and a continuance of all remaining deadlines. The Letter Request is attached hereto as Exhibit 1.

At direction of the Court, the Parties have stipulated to stay the case. Attached hereto as Exhibit 2 is a proposed order (the "Order") approving the Stipulation and Order Staying Case (the "Stipulation") which is attached to the Order as Exhibit A.

The Parties respectfully request that the Court enter the Order at the Court's earliest convenience without further notice or hearing.

Dated: January 31, 2006    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                                 Brendan Linehan Shannon (No. 3136)
                                                                 Sean M. Beach (No. 4070)
                                                                 Matthew B. Lunn (No. 4119)
                                                                The Brandywine Building
                                                                 1000 West Street, 17th Floor
                                                                 PO Box 391
                                                                 Wilmington, Delaware 19801
                                                                 (302) 571-6600

– and –

KING & SPALDING, LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-3568

*Co-Counsel for Plaintiff*

DB01:1980010.1                                                                 057484.1001

# **EXHIBIT 1**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6621
DIRECT FAX: 571-576-3281
sbeach@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 13, 2006

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 6100
Lockbox 10
Wilmington, DE 19801

    Re:    <u>ETS Payphones, Inc. v. Dean Hollis Velazco, et al.</u>, Civil Action No. 04-389-KAJ

Dear Judge Jordan:

    The parties previously reported to the Court that, after mediation before Magistrate Thynge, this matter had been resolved and that the parties were in the process of working on the settlement papers. While the parties still have an agreement in principle, we have not yet been able to finalize the settlement documents largely as a result of delays in coordinating certain issues that implicate Mexican law.

    As this trial is currently scheduled for March 2006, and as the parties do have an agreement in principle, the parties respectfully request that the trial be removed from the Court's calendar, and that the Court grant a continuance of 90 days on all deadlines in the referenced matter so that the parties might (i) effectuate a settlement in principle that has been agreed to, but has been slow to document due to issues of Mexican law that must be coordinated, and (ii) avoid prejudice to the defendants, whose lead counsel is scheduled to begin her maternity leave on January 13, 2006.

DB01:1959527.1

057484.1001

Date Filed 1/13/06

Docket No. 58

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Kent A. Jordan
January 13, 2006
Page 2

        Thank you for your consideration of this matter. The parties are available should Your Honor have any questions.

        Respectfully submitted,

        *[signature]*

        Sean M. Beach

cc:   Marla Rosoff Eskin, Esq. (by hand delivery)
      Jonathan W. Jordan, Esq. (by electronic delivery)

# **EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 04-389-KAJ |
| Dean Hollis Velazco, et al. | : |
|     Defendant. | : |

**ORDER APPROVING STIPULATION AND ORDER STAYING CASE**

Upon the Stipulation and Order Staying Case (the "Stipulation"), attached hereto as Exhibit A, as agreed by and between the above-captioned Plaintiff and Defendants, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order or the Stipulation.


Dated: February ____, 2006          _____
                                                  KENT A. JORDAN
                                                UNITED STATES DISTRICT COURT JUDGE

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETS Payphones, Inc. | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 04-389-KAJ |
| Dean Hollis Velazco, et al. | : | |
|     Defendant. | : | |

## STIPULATION AND ORDER STAYING CASE

The above-captioned Plaintiff and Defendants (the "Parties") to the above-captioned action (the "Action") hereby stipulate, subject to the approval of the Court, as follows:

1.    The Action shall be and hereby is stayed in its entirety, subject to further order of the Court.

2.    The stay is without prejudice to the rights of the Parties to: (i) move the Court to terminate the stay at anytime; or (ii) fully prosecute the Action in the event the stay is terminated.

3.  The stay is warranted to afford the Parties additional time to document their settlement in principle.

Dated: January 31, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CAMPBELL & LEVINE |
|---|---|
| *(signature)* | *(signature)* |
| Brendan Linehan Shannon (No. 3136) | Marla R. Eskin (No. 2898) |
| Sean M. Beach (No. 4070) | Mark T. Hurford (No. 3299) |
| The Brandywine Building | 800 North King Street |
| 1000 West Street, 17th Floor | Suite 300 |
| PO Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 426-1900 |
| (302) 571-6600 | |
| | *Counsel for Defendant* |
| - and - | |
| KING & SPALDING, LLP | |
| Jonathan W. Jordan | |
| 191 Peachtree Street | |
| Atlanta, Georgia 30303-1763 | |
| (404) 572-3568 | |
| | |
| *Co-Counsel for Plaintiff* | |