UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc.                            :
                                               :
        Plaintiff,                             :
                                               :
        v.                                     :     Civil Action No. 04-389-KAJ
                                               :
Dean Hollis Velazco, et al.                    :
                                               :
        Defendant.                             :

## ORDER APPROVING STIPULATION AND ORDER STAYING CASE

Upon the Stipulation and Order Staying Case (the "Stipulation"), attached hereto

as Exhibit A, as agreed by and between the above-captioned Plaintiff and Defendants, it is

hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from the interpretation or implementation of this Order or the Stipulation.

Dated: February ___1___, 2006          _____
                                        KENT A. JORDAN
                                        UNITED STATES DISTRICT COURT JUDGE