# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc.                          :
                                             :
      Plaintiff,                           :
                                             :
v.                                           :   Civil Action No. 04-389-KAJ
                                             :
Dean Hollis Velazco, et al.                  :
                                             :
      Defendant.                           :

### ORDER APPROVING STIPULATION AND ORDER STAYING CASE

Upon the Stipulation and Order Staying Case (the "Stipulation"), attached hereto as Exhibit A, as agreed by and between the above-captioned Plaintiff and Defendants, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order or the Stipulation.

Dated: February ___, 2006

                                  KENT A. JORDAN
                                  UNITED STATES DISTRICT COURT JUDGE

DB01:1980010.1                                                                057484.1001

Date Filed  2/1/06
Docket No.  66

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-389-KAJ |
| Dean Hollis Velazco, et al. | : |
| Defendant. | : |

### STIPULATION AND ORDER STAYING CASE

The above-captioned Plaintiff and Defendants (the "Parties") to the above-captioned action (the "Action") hereby stipulate, subject to the approval of the Court, as follows:

1.  The Action shall be and hereby is stayed in its entirety, subject to further order of the Court.

2.  The stay is without prejudice to the rights of the Parties to: (i) move the Court to terminate the stay at anytime; or (ii) fully prosecute the Action in the event the stay is terminated.

3. The stay is warranted to afford the Parties additional time to document their settlement in principle.

Dated: January 31, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CAMPBELL & LEVINE |
|---|---|
| /s/ Sean Beach | /s/ Marla R. Eskin |
| Brendan Linehan Shannon (No. 3136) | Marla R. Eskin (No. 2898) |
| Sean M. Beach (No. 4070) | Mark T. Hurford (No. 3299) |
| The Brandywine Building | 800 North King Street |
| 1000 West Street, 17th Floor | Suite 300 |
| PO Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 426-1900 |
| (302) 571-6600 | |
| | *Counsel for Defendant* |

- and -

KING & SPALDING, LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-3568

*Co-Counsel for Plaintiff*