# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ETS Payphones, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 04-389-KAJ |
| | ) | |
| Inter-World Communications, Inc., | ) | |
| Corpserve, S.A. de C.V., World Center | ) | |
| of Video Conferences, S.A. de C.V., | ) | |
| Dean Hollis Velazco, and John Remke, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING MOTION OF ETS PAYPHONES, INC. TO TERMINATE STAY AND REQUEST FOR STATUS AND SCHEDULING CONFERENCE

Upon the Court's consideration of the motion (the "Motion") of ETS Payphones, Inc., as successor to PSA, Inc. (the "Plaintiff") to (i) terminate the stay of the above-captioned case (the "Litigation") established pursuant to the Order Approving Stipulation And Order Staying Case, dated February 1, 2006 [D.I. 60] (the "Stay Order," annexed hereto as **Exhibit A**) and (ii) establish a status and scheduling conference with respect to the Litigation; this Court finds that it has jurisdiction over the Motion and the relief sought therein, that based on the record in these cases the relief sought in the Motion is just and proper, and that due and adequate notice of the Motion has been given; thus, it is hereby:

1.      ORDERED that the Motion is granted, and it is further

2.      ORDERED that stay of the Litigation, as set forth in the Stay Order, is hereby terminated without prejudice to the rights of the parties to fully prosecute the Litigation, and it is further

3740485
DB01:2093580.2

057484.1001

5

      3.     ORDERED that a status and scheduling conference with respect to the

prosecution of the Litigation shall commence on _____, 2006 at ___:_____ a.m/p.m, and

it is further

      4.    · ORDERED that this Court shall retain jurisdiction over any and all

matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2006
Wilmington, Delaware


_____
Kent A. Jordan
United States District Court Judge

DB01:2093580.2

057484.1001