## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed a true and correct copy of the **Motion of ETS Payphones, Inc. To Terminate Stay and Request For Status and Scheduling Conference** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kathleen J. Campbell, Esq.
>Marla R. Eskin, Esq.
>Campbell & Levine
>800 North King Street
>Suite 300
>Wilmington, DE  19801

I further certify that on May 11, 2006, I served the **Motion of ETS Payphones, Inc. To Terminate Stay and Request For Status and Scheduling Conference** on the following non-registered participants in the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA  94028

>_/s/ Sean M. Beach_
>Sean M. Beach (No. 4070)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6681
>sbeach@ycst.com
>bank@ycst.com
>
>*Attorneys for Plaintiff*

DB01:1796747.6                                                                                                              057484.1001