IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.                                 )<br>                                                  )<br>            Plaintiff,                    )<br>                                                  )         Civil Action No. 04-389-KAJ<br>       v.                                     )<br>                                                  )         **Related Doc. No. 61**<br>Inter-World Communications, Inc.,   )<br>Corpserve, S.A. de C.V., World       )<br>Center of Video Conferences, S.A.   )<br>De C.V., Dean Hollis Velazco, and  )<br>John Remke,                            )<br>                                                  )<br>            Defendants.               )   | |

### DEFENDANTS' DEAN HOLLIS VELAZCO AND CORPSERVE, S.A. DE C.V. RESPONSE TO MOTION OF ETS PAYPHONES, INC. TO TERMINATE STAY AND REQUEST FOR STATUS AND SCHEDULING CONFERENCE

Dean Hollis Velazco and Corpserve, SA de CV ("Defendants"), by and through their undersigned counsel, respectfully submits this response in opposition to ETS Payphones, Inc.'s Motion to Terminate Stay and Request for Status and Scheduling Conference (the "Motion to Terminate Stay"). In support of this response, Defendants state as follows:

While the Defendants do not agree with the characterization of the settlement negotiations and the events that occurred as set forth by the Plaintiff, the Defendants do not object to the relief sought in the Motion.

Dated: May 24, 2006                    CAMPBELL & LEVINE, LLC

                                                    /S/ Kathleen Campbell Davis
                                                    Marla Rosoff Eskin (No. 2989)
                                                    Kathleen Campbell Davis (No. 4229)
                                                    800 King Street, Suite 300
                                                    Wilmington, DE  19801
                                                    (302) 426-1900

                                                    Attorneys for Dean Hollis Velazco and Corpserve, SA de CV

{D0060528:1 }