IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.,<br><br>      Plaintiff,<br><br>      v.<br><br>Inter-World Communications, Inc., Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. De C.V., Dean Hollis Velazco, and John Remke,<br><br>      Defendants. | Civil Action No. 04-389-KAJ |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on May 25, 2006, I caused a copy of the foregoing to be served upon the individuals below in the manner indicated:

Jonathan W. Jordan, Esq.　　　　　　　Sean M. Beach, Esq.
King & Spalding, LLP　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
191 Peachtree Street　　　　　　　　　The Brandywine Building
Atlanta, GA 30303-1763　　　　　　　　1000 West Street, 17th Floor
**VIA FIRST CLASS MAIL**　　　　　　　PO Box 391
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0391
　　　　　　　　　　　　　　　　　　　**VIA HAND DELIVERY**


Dated: May 25, 2006　　　　　　　　　CAMPBELL & LEVINE, LLC


　　　　　　　　　　　　　　　　　　　/S/ Kathleen Campbell Davis
　　　　　　　　　　　　　　　　　　　Marla Rosoff Eskin (No. 2989)
　　　　　　　　　　　　　　　　　　　Kathleen Campbell Davis (No. 4229)
　　　　　　　　　　　　　　　　　　　800 N. King Street, Suite 300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Ph. (302) 426-1900
　　　　　　　　　　　　　　　　　　　Fax. (302) 426-9947

{D0038838:1 }