# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN E. LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6621
DIRECT FAX:   302-576-3281
sbeach@ycst.com

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 31, 2006

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 6100
Lockbox 10
Wilmington, DE  19801

Re:     ETS Payphones, Inc. v. Dean Hollis Velazco, _et al._, Civil Action No. 04-389-KAJ

Dear Judge Jordan:

On May 11, 2006, ETS Payphones, Inc. (the "Plaintiff") filed its Motion to Terminate Stay and Request for Status and Scheduling Conference (the "Motion") [D.I. 61].  On May 24, 2006, Dean Hollis Velazco and Corpserve, SA de CV (the "Defendants") filed their Response to Motion of ETS Payphones, Inc. to Terminate Stay and Request for Status and Scheduling Conference [D.I. 62].

Pursuant to the Court's request, attached as Exhibit A hereto is a revised version of the order approving the Motion and attached as Exhibit B hereto is a blackline version of the revised order showing the changes made from the filed version.  Plaintiff respectfully requests that the Court enter the order attached hereto as Exhibit A at the Court's earliest convenience.  As always, Plaintiff's counsel is available should Your Honor have any questions.

Respectfully submitted,

Sean M. Beach

cc:    Marla Rosoff Eskin, Esq. (by hand delivery)
       Jonathan W. Jordan, Esq. (by electronic delivery)

057484.1001

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ETS Payphones, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 04-389-KAJ |
| | ) | |
| Inter-World Communications, Inc., | ) | |
| Corpserve, S.A. de C.V., World Center | ) | |
| of Video Conferences, S.A. de C.V., | ) | |
| Dean Hollis Velazco, and John Remke, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING MOTION OF ETS PAYPHONES, INC. TO TERMINATE STAY AND REQUEST FOR STATUS AND SCHEDULING CONFERENCE

Upon the Court's consideration of the unopposed motion (the "Motion") of ETS

Payphones, Inc., as successor to PSA, Inc. (the "Plaintiff") to (i) terminate the stay of the above-

captioned case (the "Litigation") established pursuant to the Order Approving Stipulation And

Order Staying Case, dated February 1, 2006 [D.I. 60] (the "Stay Order," annexed hereto as

**Exhibit A**) and (ii) establish a status and scheduling conference with respect to the Litigation;

thus, it is hereby:

1.    ORDERED that the Motion is granted, and it is further

2.    ORDERED that stay of the Litigation, as set forth in the Stay Order, is

hereby terminated without prejudice to the rights of the parties to fully prosecute the Litigation,

and it is further

3.    ORDERED that a status and scheduling conference with respect to the

prosecution of the Litigation shall commence on _____, 2006 at __:____ a.m/p.m, and

it is further

4.    ORDERED that this Court shall retain jurisdiction over any and all

matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2006
Wilmington, Delaware

                                    _____
                                    Kent A. Jordan
                                    United States District Court Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc.                    :
                                       :
           Plaintiff,                  :
                                       :
     v.                                :    Civil Action No. 04-389-KAJ
                                       :
Dean Hollis Velazco, et al.            :
                                       :
           Defendant.                  :

### ORDER APPROVING STIPULATION AND ORDER STAYING CASE

Upon the Stipulation and Order Staying Case (the "Stipulation"), attached hereto

as Exhibit A, as agreed by and between the above-captioned Plaintiff and Defendants, it is

hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from the interpretation or implementation of this Order or the Stipulation.

Dated: February ___, 2006

_____
KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE

DB01:1980010.1

057484.1001

Date Filed ___2|1|06___

Docket No. ___66___

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETS Payphones, Inc. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-389-KAJ |
| | : | |
| Dean Hollis Velazco, et al. | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER STAYING CASE

The above-captioned Plaintiff and Defendants (the "Parties") to the above-captioned action (the "Action") hereby stipulate, subject to the approval of the Court, as follows:

     1.    The Action shall be and hereby is stayed in its entirety, subject to further order of the Court.

     2.    The stay is without prejudice to the rights of the Parties to: (i) move the Court to terminate the stay at anytime; or (ii) fully prosecute the Action in the event the stay is terminated.

3.    The stay is warranted to afford the Parties additional time to document their

settlement in principle.


Dated: January 3⟨ , 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


_Signature_
Brendan Linehan Shannon (No. 3136)
Sean M. Beach (No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, Delaware 19801
(302) 571-6600

          - and –

KING & SPALDING, LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-3568


_Co-Counsel for Plaintiff_

CAMPBELL & LEVINE


_Signature_
Marla R. Eskin (No. 2898)
Mark T. Hurford (No. 3299)
800 North King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

_Counsel for Defendant_

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 04-389-KAJ |
| ) | |
| Inter-World Communications, Inc., ) | |
| Corpserve, S.A. de C.V., World Center ) | |
| of Video Conferences, S.A. de C.V., ) | |
| Dean Hollis Velazco, and John Remke, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING MOTION OF ETS PAYPHONES, INC. TO TERMINATE STAY AND REQUEST FOR STATUS AND SCHEDULING CONFERENCE

Upon the Court's consideration of the unopposed motion (the "Motion") of ETS

Payphones, Inc., as successor to PSA, Inc. (the "Plaintiff") to (i) terminate the stay of the above-

captioned case (the "Litigation") established pursuant to the Order Approving Stipulation And

Order Staying Case, dated February 1, 2006 [D.I. 60] (the "Stay Order," annexed hereto as

**Exhibit A**) and (ii) establish a status and scheduling conference with respect to the Litigation;

this Court finds that it has jurisdiction over the Motion and the relief sought therein, that based

on the record in these cases the relief sought in the Motion is just and proper, and that due and

adequate notice of the Motion has been given; thus, it is hereby:

1.      ORDERED that the Motion is granted, and it is further

2.      ORDERED that stay of the Litigation, as set forth in the Stay Order, is

hereby terminated without prejudice to the rights of the parties to fully prosecute the Litigation,

and it is further

3.      ORDERED that a status and scheduling conference with respect to the

prosecution of the Litigation shall commence on _____, 2006 at ___:____ a.m/p.m, and

it is further

4.      ORDERED that this Court shall retain jurisdiction over any and all

matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2006
Wilmington, Delaware

_____
Kent A. Jordan
United States District Court Judge

057484.1001

Document comparison done by DeltaView on Wednesday, May 31, 2006 3:43:19 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://wsdms/DB01/2093580/2 |
| Document 2 | interwovenSite://wsdms/DB01/2093580/3 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 3 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 6 |