IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 04-389-KAJ |
| ) | |
| Inter-World Communications, Inc., ) | |
| Corpserve, S.A. de C.V., World Center ) | |
| of Video Conferences, S.A. de C.V., ) | |
| Dean Hollis Velazco, and John Remke, ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING MOTION OF ETS PAYPHONES, INC. TO TERMINATE
STAY AND REQUEST FOR STATUS AND SCHEDULING CONFERENCE**

Upon the Court's consideration of the unopposed motion (the "Motion") of ETS Payphones, Inc., as successor to PSA, Inc. (the "Plaintiff") to (i) terminate the stay of the above-captioned case (the "Litigation") established pursuant to the Order Approving Stipulation And Order Staying Case, dated February 1, 2006 [D.I. 60] (the "Stay Order," annexed hereto as **Exhibit A**) and (ii) establish a status and scheduling conference with respect to the Litigation; thus, it is hereby:

1. ORDERED that the Motion is granted, and it is further

2. ORDERED that stay of the Litigation, as set forth in the Stay Order, is hereby terminated without prejudice to the rights of the parties to fully prosecute the Litigation, and it is further

3. ORDERED that a status and scheduling conference with respect to the prosecution of the Litigation shall commence on June 26, 2006 at 9:30 a.m./p.m, and it is further

3740485
DB01:2093580.3

057484.1001

4. ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 1, 2006
Wilmington, Delaware

_____
Kent A. Jordan
United States District Court Judge

## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETS Payphones, Inc.

    Plaintiff,

v.

Dean Hollis Velazco, et al.

    Defendant.

Civil Action No. 04-389-KAJ

### ORDER APPROVING STIPULATION AND ORDER STAYING CASE

Upon the Stipulation and Order Staying Case (the "Stipulation"), attached hereto as Exhibit A, as agreed by and between the above-captioned Plaintiff and Defendants, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order or the Stipulation.

Dated: February \_\_1\_\_, 2006

*[signature]*
KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE

DB01:1980010.1

057484.1001

Date Filed  2/1/06
Docket No.  66

# **EXHIBIT A**

DB01:1980010.1

057484.1001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-389-KAJ |
| Dean Hollis Velazco, et al. | : |
| Defendant. | : |

### STIPULATION AND ORDER STAYING CASE

The above-captioned Plaintiff and Defendants (the "Parties") to the above-captioned action (the "Action") hereby stipulate, subject to the approval of the Court, as follows:

1. The Action shall be and hereby is stayed in its entirety, subject to further order of the Court.

2. The stay is without prejudice to the rights of the Parties to: (i) move the Court to terminate the stay at anytime; or (ii) fully prosecute the Action in the event the stay is terminated.

DB01:1972069.1                                                              057484.1001

3.  The stay is warranted to afford the Parties additional time to document their settlement in principle.

Dated: January 31, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CAMPBELL & LEVINE |
|---|---|
| *signature* | *signature* |
| Brendan Linehan Shannon (No. 3136)<br>Sean M. Beach (No. 4070)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, Delaware 19801<br>(302) 571-6600 | Marla R. Eskin (No. 2898)<br>Mark T. Hurford (No. 3299)<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>*Counsel for Defendant* |

- and –

KING & SPALDING, LLP
Jonathan W. Jordan
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-3568

*Co-Counsel for Plaintiff*