IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc.<br><br>        Plaintiff,<br><br>        v.<br><br>Inter-World Communications, Inc.,<br>Corpserve, S.A. de C.V., World Center<br>of Video Conferences, S.A. de C.V.,<br>Dean Hollis Velazco, and John Remke,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No. 04-389-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                ) SS
NEW CASTLE COUNTY    )

       Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for ETS Payphones, Inc. in the within captioned matter, and that on June 6, 2006, she caused a copy of the following:

**Order Approving Motion of ETS Payphones, Inc. to Terminate Stay and Request for Status and Scheduling Conference [Docket No. 65]**

to be served upon the parties on the service list attached hereto in the manner indicated.

                                                                           _Michelle E Smith_
                                                                          Michelle Smith

SWORN TO AND SUBSCRIBED before me this 15th day of June 2006.

                                                                           _Marlene J Maista_
                                                                           Notary Public

                                                                           MARLENE J. MAISTA
                                                                             NOTARY PUBLIC
                                                                           STATE OF DELAWARE
                                                        My Commission Expires Aug. 21, 2009

BY HAND DELIVERY
Kathleen J. Campbell, Esq.
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801


BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA  94028