## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., | : |
|           Plaintiff, | : |
| v. | :   C. A. No. 04-389-KAJ |
| DEAN HOLLIS VELAZCO, et al., | : |
|           Defendants. | : |

### ORDER

At Wilmington this **27th** day of **June, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 21, 2005 at 9:00 a.m.** with Judge Thynge to discuss the status of the matter and the parties' interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE