## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I electronically filed a true and correct copy of the

**Response of ETS Payphones to Defendants' Motion for Summary Judgment** with the Clerk

of the Court using CM/ECF, which will send notification that such filing is available for viewing

and downloading to the following counsel of record:

> Kathleen J. Campbell, Esq.
> Marla R. Eskin, Esq.
> Campbell & Levine
> 800 North King Street
> Suite 300
> Wilmington, DE 19801

I further certify that on July 6, 2006, I served the **Response of ETS Payphones to**

**Defendants' Motion for Summary Judgment** on the following non-registered participants in

the manner indicated below:

BY FIRST CLASS U.S. MAIL
John Remke
303 Wyndam Drive
Portola Valley, CA 94028

> Sean M. Beach (No. 4070)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6681
> sbeach@ycst.com
> bank@ycst.com
>
> *Attorneys for Plaintiff*