IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-389-KAJ |
| v. ) | |
| ) | |
| Inter-World Communications, Inc., ) | |
| Corpserve, S.A. de C.V., World ) | |
| Center of Video Conferences, S.A. ) | |
| De C.V., Dean Hollis Velazco, and ) | |
| John Remke, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on July 13, 2006, I caused a copy of the foregoing to be served upon the individuals below in the manner indicated:

Jonathan W. Jordan, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303-1763
**VIA FIRST CLASS MAIL**

Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
**VIA HAND DELIVERY**

Dated: July 13, 2006                    CAMPBELL & LEVINE, LLC

*/s/ Marla Rosoff Eskin*
Marla Rosoff Eskin (No. 2989)
Kathleen Campbell Davis (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0063442.1}