IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., | : |
|           Plaintiff, | : |
| v. | :   C. A. No. 04-389-KAJ |
| DEAN HOLLIS VELAZCO, et al., | : |
|           Defendants. | : |

## ORDER

At Wilmington this **22nd** day of **August, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, September 25, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of the matter and the parties' interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                      /s/ Mary Pat Thynge
                                                      UNITED STATES MAGISTRATE JUDGE