IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-389-KAJ |
| | : |
| DEAN HOLLIS VELAZCO, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this **25th** day of **September, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 3, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of the matter and the parties' interest in court-assisted ADR.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE