## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ETS Payphones, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 04-389-KAJ |
| | ) | |
| Inter-World Communications, Inc., | ) | |
| Corpserve, S.A. de C.V., World Center | ) | |
| of Video Conferences, S.A. de C.V., | ) | |
| Dean Hollis Velazco, and John Remke, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for ETS Payphones, Inc. in the within captioned matter, and that on October 3, 2006, she caused a copy of the following:

### Order Scheduling Teleconference [Docket No. 78]

to be served upon the parties on the service list attached hereto in the manner indicated.

Michelle Smith

SWORN TO AND SUBSCRIBED before me this 3 day of October 2006.

Notary Public

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

<u>BY HAND DELIVERY</u>
Kathleen J. Campbell, Esq.
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801


<u>BY FIRST CLASS U.S. MAIL</u>
John Remke
303 Wyndam Drive
Portola Valley, CA  94028