800 N. King Street  **Marla Rosoff Eskin** • meskin@camlev.com
Suite 300
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

# Campbell & Levine, LLC

Attorneys at Law

October 5, 2006

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware            **VIA HAND DELIVERY**
844 North King Street
Lock Box 10
Wilmington, DE 19801

RE: <u>PSA, Inc. v. Dean Hollis Velazco, et al.</u> – C.A. No. 04-0389 –KAJ

Dear Judge Jordan:

This matter is scheduled for trial before Your Honor to begin on December 11, 2006. The Proposed Pretrial Order must be filed by October 16, 2006 in anticipation of the November 15, 2006 Final Pretrial Conference.

The parties have reached an agreement in principle, which is dependant upon board approval of the buyer of defendant Corpserve. The board meeting of this buyer will not occur until October 26, 2006. As the Pretrial Conference is not scheduled until November 15, 2006, and as the parties do have an agreement in principle, the parties request that an extension be granted to file the Proposed Pretrial Order until November 3, 2006.

Thank you for your consideration of this matter. The parties are available to should Your Honor have any questions.

Very truly yours,

/S/ Marla Rosoff Eskin

Marla R. Eskin

cc: Jonathan Jordan, Esq.
    Sean Beach, Esq.

{D0072245.1 }