IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-389 (KAJ) ) |
| INTER-WORLD COMMUNICATIONS, INC., ET AL., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this **16th** day of **November, 2006**,

For the reasons set forth by the Court during the hearing on November 15, 2006,

IT IS HEREBY ORDERED that defendants' motion for summary judgment (D.I. 56) is DENIED.

_____
UNITED STATES DISTRICT JUDGE