IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTER-WORLD COMMUNICATION, )<br>INC., ET AL., )<br>)<br>Defendants. ) | Civil Action No. 04-389 (KAJ) |

## AMENDED SCHEDULING ORDER

At Wilmington, this 16th day of November, 2006,

IT IS ORDERED that the court's June 27, 2006 Scheduling Order (D.I. 72), is amended as follows:

1. <u>Trial</u>. This matter is scheduled for a 2 day bench trial beginning at 9:00 a.m. on December 8, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 5 hours to present their case.

All other deadlines set forth in the court's June 27, 2006 Scheduling Order (D.I. 72) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE