IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-389-KAJ |
| v. | ) |
| | ) |
| Inter-World Communications, Inc., Corpserve, S.A. de C.V., World Center of Video Conferences, S.A. De C.V., Dean Hollis Velazco, and John Remke, | ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |

**NOTICE OF MOTION OF CAMPBELL & LEVINE, LLC TO
WITHDRAW APPEARANCE AS ATTORNEY FOR
DEAN HOLLIS VELAZCO AND CORPSERVE, S.A. DE C.V.**

PLEASE TAKE NOTICE that the undersigned will present the within motion at the convenience of the Court.

Dated: November 20, 2006

CAMPBELL & LEVINE, LLC

*/s/Marla Rosoff Eskin*
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0076320.1}