IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PSA, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>Inter-World Communications, Inc.,<br>Corpserve, S.A. de C.V., World<br>Center of Video Conferences, S.A.<br>De C.V., Dean Hollis Velazco, and<br>John Remke,<br><br>  Defendants. | Civil Action No. 04-389-KAJ |

**ORDER GRANTING MOTION OF CAMPBELL & LEVINE, LLC TO
WITHDRAW APPEARANCE AS DEFENDANT'S
DEAN HOLLIS VELAZCO AND CORPSERVE, S.A. DE C.V. COUNSEL**

AND NOW, this ___ day of _____, 2006, upon consideration of the Motion of Campbell & Levine, LLC ("C&L") to Withdraw Appearance as Defendant's Dean Hollis Velazco and Corpserve, S.A. de C.V. Counsel (the "Motion");

**IT IS HERBY ORDERED THAT** the Motion, attached hereto, is approved.

_____
The Honorable Kent A. Jordan

{D0076322.1 }