**VIA REGISTERED MAIL & ELECTRONIC MAIL**
Corpserve, S.A. de C.V.
Sinaloa #10, Colonia Roma
D.F., Mexico 06700
xavier.salazar@telefectivo.com

**VIA HAND DELIVERY & ELECTRONIC MAIL**
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
sbeach@ycst.com

**VIA CERTIFIED MAIL & ELECTRONIC MAIL**
Dean Hollis
19141 Stone Oak Parkway #104
San Antonio, Texas 78258
president@qbien.com

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Jonathan W. Jordan, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303-1763
jjordan@kslaw.com