IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS PAYPHONES, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-389 (KAJ) ) |
| INTER-WORLD COMMUNICATIONS, INC., ET AL., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this **27th** day of **November, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that the motion of Campbell & Levine, LLC to withdraw as counsel (D.I. 85) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE