IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 04-389-KAJ |
| ) | |
| Inter-World Communications, Inc., ) | |
| Corpserve, S.A. de C.V., World Center ) | |
| of Video Conferences, S.A. de C.V., ) | |
| Dean Hollis Velazco, and John Remke, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for ETS Payphones, Inc. in the within captioned matter, and that on December 8, 2006, she caused a copy of the following:

**Stipulation and Order**

to be served upon the parties on the service list attached hereto in the manner indicated.

                                                        /s/ Michelle Smith
                                                        Michelle Smith

SWORN TO AND SUBSCRIBED before me this 8th day of December, 2006.

                                                        /s/ Kimberly A. Beck
                                                        Notary Public

                                                        KIMBERLY A. BECK
                                                       NOTARY PUBLIC
                                                     STATE OF DELAWARE
                                        My Commission Expires Oct. 1, 2010

<u>BY HAND DELIVERY</u>
Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801


<u>BY FIRST CLASS U.S. MAIL</u>
John Remke
303 Wyndam Drive
Portola Valley, CA  94028