IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETS Payphones, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Inter-World Communications, Inc., )<br>Corpserve, S.A. de C.V., World )<br>Center of Video Conferences, S.A. )<br>De C.V., Dean Hollis Velazco, and )<br>John Remke, )<br>)<br>Defendants. ) | Civil Action No. 04-389-KAJ |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, that the above-captioned action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, including all claims and counter-claims, shall be and hereby is dismissed with prejudice and with each party to bear its own costs and expenses, including attorneys' fees.

Dated: _December 28, 2006_

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ Sean Beach_<br>Sean M. Beach, Esq. (No. 4070)<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Phone (302) 571-6621<br>-and-<br>KING & SPALDING, LLP<br>Jonathan W. Jordan, Esq.<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br><br>Attorneys for Plaintiff | CAMPBELL & LEVINE, LLC<br><br>_/s/ Marla Rosoff Eskin_<br>Marla Rosoff Eskin, Esq. (No. 2989)<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Phone (302) 426-1900<br><br>Attorney for Defendants<br>Corpserve, S.A. de C.V. and<br>Dean Hollis Velazco |